ACCEPTED
12-13-00386-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/14/2015 4:09:07 PM
CATHY LUSK
CLERK

NO. 12-13-00386-CR

IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/14/2015 4:09:07 PM
CATHY S. LUSK
Clerk

WILLIE OWENS III.,
Appellant

V.

STATE OF TEXAS,
Appellee

ON APPEAL FROM CAUSE NO. 2013-0215 IN THE 159TH
JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TEXAS

**STATE'S FIRST MOTION FOR EXTENSION (UNOPPOSED)**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellee, State of Texas, moves for a 7-day extension of time to file its brief.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). In this matter, Appellant filed a brief on December 15, 2014. The State's brief was due Wednesday January 14, 2015.

The State of Texas now requests a 7-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.     Counsel for the State was preparing for a jury trial in *State v. Hernandez*, Cause No.: 2014-0629 which was scheduled for jury selection on January 12, 2015.

2.     Counsel for the State is simultaneously working on briefs in *Willie Owens III. V. State of Texas*, No.: 12-13-00386-CR, *Joshe Johnson v. State of Texas*, No.: 12-14-00160-CR, *Joseph Finley v. State of Texas*, No.: 12-14-00005-CR, and *Jock Dominey v. State of Texas*, No.: 12-14-00226-CR, as well as handling a full felony caseload.

3.     This motion for a 7 day extension is unopposed by appellant.

## III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's second motion for extension, and it is not brought for purposes of delay or harassment, but to see that justice is done.

WHEREFORE, Appellee State of Texas prays that the Court grant its requested 7-day extension to file its State's Brief in this matter and order that the response filed on October 10, 2013 be deemed filed.

Respectfully Submitted,


____/s/April Ayers-Perez_____
APRIL AYERS-PEREZ
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975

ATTORNEY FOR APPELLEE
STATE OF TEXAS

## Certificate of Service

I do certify that on January 14, 2105, a true and correct copy of the above document has been served electronically to appellant's counsel, Albert Charanza, Jr., via e-filing.

___/s/April Ayers-Perez_____
APRIL AYERS-PEREZ

## Certificate of Conference

I do certify that on January 14, 2015, counsel for state conferred with Albert Charanza, Jr., counsel for appellant, via the telephone and he was unopposed to this motion.

_/s/April Ayers-Perez_____
APRIL AYERS-PEREZ

## Certificate of Compliance

I certify that this document contains 289 words, counting all parts of the document except those excluded by Tex. R. App. P. 9.4(i)(1).  The body text is in 14 point font, and the footnote text is in 12 point font.

_/s/April Ayers-Perez_____
APRIL AYERS-PEREZ